**STATE of Missouri, Respondent,**

v.

**Bryan L. CARTWRIGHT, Appellant.**

**No. WD 40855.**

Missouri Court of Appeals,
Western District.

May 16, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1989.

John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from convictions of robbery in the first degree and armed criminal action, and from sentences of ten and three years, respectively.

Judgment affirmed. Rule 30.25(b).